970

No. 97–5893.  WILLACY v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–5896.  WRIGHT v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–5897.  WIGGINS v. STAINER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–5898.  WATSON v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–5904.  STAMPS v. STAMPS.  Ct. App. Tenn.  Certiorari denied.

No. 97–5914.  LEMLEY v. LEMLEY.  Ct. Sp. App. Md.  Certiorari denied.

No. 97–5919.  ENAND v. MONTGOMERY COUNTY, MARYLAND, ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 97–5920.  LITTLEJOHN v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 97–5921.  JACOBSON v. MCILWAIN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–5927.  CLEWELL ET UX. v. UPJOHN CO.  C. A. 3d Cir.  Certiorari denied.

No. 97–5928.  SEVERANCE v. HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–5940.  JOSEPH v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–5948.  SMITH v. SUGG ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–5949.  QUALLS v. FERRITOR ET AL.  Sup. Ct. Ark.  Certiorari denied.

No. 97–5951.  SANDERS v. BEHR ET UX.  Ct. App. Colo.  Certiorari denied.